UNITED STATES of America,
Plaintiff—Appellee,

v.

GONG KIM, Defendant—Appellant.

No. 11–30021.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 12, 2012.

Filed Jan. 18, 2012.

Leah K. Bolstad, Assistant U.S., United States District Court, Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff-Appellee.

Lisa Hay, Assistant Federal Public Defender, Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: O'SCANNLAIN and RAWLINSON, Circuit Judges, and MOLLOY, District Judge.*

## MEMORANDUM **

Gong Kim pled guilty to one count of exporting munitions without a license in violation of 22 U.S.C. § 2778. On appeal, Kim argues that the district court should have found a base offense level of 14 because his offense "involved only non-fully automatic small arms (rifles, handguns, or shotguns), and the number of weapons did not exceed ten." United States Sentencing Guidelines § 2M5.2(a)(2).

The district court correctly found a base offense level of 26 because Kim exported gun parts, which are not "non-fully automatic small arms" within the definition of section 2M5.2(a)(2). *See United States v. Carper*, 659 F.3d 923, 924–25 (9th Cir. 2011). Moreover, Kim's offense involved

---

* The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

enough parts to service more than ten weapons.

**AFFIRMED.**